## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| REV. CALVIN WARREN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:13CV2012 RWS |
| THE FEDERAL GOVERNMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

## **MEMORANDUM AND ORDER**

Plaintiff has filed several delusional and frivolous cases in this Court regarding a religiously motivated conspiracy against his family. The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. Warren v. Federal Government, 4:13CV1878 CEJ (E.D. Mo.). This case is no different from his previous cases.

Plaintiff alleges that the government is "possessed" and "prejudiced" and is persecuting his family and attempting to murder them with "snake bags." He further complains that the "prejudiced white race," "prejudiced black race," and "other un-Godly Americans" are "murderers" and should be subject to the death penalty.

Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-

paid complaint. See In re Tyler, 839 F.2d 1290, 1292 (8th Cir. 1988) ("judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed contemporaneously.

Dated this 22nd day of October, 2013.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE